Glenn R. Kantor – SBN 122643
  Email: gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
  Email: cchandler@kantorlaw.net
Beth Perez – SBN 277560
  Email: bperez@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Deanna Frias

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA FRIAS, <br><br> Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY and TRINET EMPLOYEE BENEFIT INSURANCE PLAN, <br><br> Defendant. | Case No.: <br><br> **COMPLAINT FOR: BREACH OF CONTRACT, AND BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; ENFORCEMENT AND CLARIFICATION OF RIGHTS; PREJUDGMENT AND POSTJUDGMENT INTEREST; AND ATTORNEYS' FEES AND COSTS** |

Plaintiff, Deanna Frias, herein sets forth the allegations of her Complaint against Defendants, Aetna Life Insurance Company ("Aetna") and TriNet Employee Benefit Insurance Plan ("the LTD Plan").

## PRELIMINARY ALLEGATIONS

1. Plaintiff brings this action for declaratory and monetary relief pursuant to §§502(a)(1)(B) and 502(a)(3) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§1132(a), (e), (f) and (g), as it involves a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed by ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question.

2. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under an employee benefit plan. Plaintiff seeks relief, including but not limited to, payment of benefits, prejudgment and post-judgment interest, reinstatement to the benefit plans at issue herein, and attorneys' fees and costs.

3. Plaintiff was at all times relevant, employed by TriNet Group, Inc. ("TriNet") as a Service Technician and a resident of the County of Maricopa, State of Arizona. At all times material hereto, TriNet established and maintained an employee welfare benefit plan to provide disability benefits for the benefit of its employees ("the LTD Plan"). Plaintiff was a participant in the LTD Plan.

4. Plaintiff is informed and believes that TriNet funded the LTD Plan via the purchase of a group long term disability policy from Aetna.

5. Plaintiff is informed and believes that Aetna identifies the group long term disability policy it issued to the Plan as Policy No. 622783.

6. Plaintiff is informed and believes that the Policy was issued on or about October 31, 2010, with an effective date of October 1, 2010. Plaintiff is further informed and believes that the Policy had an "anniversary date" subsequent to January 1, 2012. Plaintiff is further informed and believes that the Policy was renewed subsequent to January 1, 2012. Plaintiff is further informed and believes that the Policy remained in effect on and after January 1, 2012.

7.      Plaintiff is informed and believes that the Policy was issued in the State of California.  Plaintiff is further informed and believes that the Policy provided long term disability benefits to California residents.

8.      Plaintiff is informed and believes that Aetna is a corporation with its principal place of business in the State of Connecticut, authorized to transact and transacting business in the Northern District of California and can be found in the Northern District of California. Aetna is the claims administrator and insurer of the long term disability benefits under the LTD Plan and acted in the capacity of a plan administrator with respect to the LTD Plan. At some or all relevant times, Defendant Aetna was a fiduciary of the LTD Plan within the meaning of ERISA §3(21), 29 U.S.C. §1001(21), in that Aetna acted as claims fiduciary for the LTD Plan, and exercised authority and control over the payment of long-term disability benefits, which are assets of the LTD Plan.

9.      The LTD Plan is a an employee welfare benefit plan regulated by ERISA, established by TriNet, which has its principal place of business in San Leandro, California.  The LTD Plan is doing business in this judicial district, in that it is headquartered in this District and the Plan Sponsor has its principal place of business in this District.

10.     Defendants operate and, at all relevant times, have done business in this judicial district, in that they insure and administer the LTD Plan in this judicial district.  Thus, venue is proper in this judicial district pursuant to 29 U.S.C. § 1132(e)(2).

**FIRST CAUSE OF ACTION**
**AGAINST AETNA LIFE INSURANCE COMPANY AND TRINET EMPLOYEE BENEFIT INSURANCE PLAN**
**FOR PLAN BENEFITS, ENFORCEMENT AND CLARIFICATION OF RIGHTS, PREJUDGMENT AND POSTJUDGMENT INTEREST, AND ATTORNEYS' FEES AND COSTS**
**(29 U.S.C. § 1132(a)(1)(B))**

11. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

12. At all times relevant, Plaintiff was employed by TriNet and was a covered participant under the terms and conditions of the LTD Plan. TriNet's LTD Plan was insured by Defendant Aetna, and Aetna was also the Plan claims administrator and made all decisions to pay or deny benefit claims.

13. During the course of Plaintiff's employment, Plaintiff became entitled to benefits under the terms and conditions of the LTD Plan. Specifically, while Plaintiff was covered under the LTD Plan, Plaintiff suffered from a disability due to Multiple Sclerosis, Ehlers Danlos Syndrome and other conditions which caused disabling pain and cognitive impairment. Said conditions prevented her from performing the material and substantial duties of her occupation on a full time basis.

14. Plaintiff's medical leave resulting from her disabling condition commenced on or about March, 17, 2010. Plaintiff submitted a claim to Aetna for disability benefits and her claim was assigned claim number 5082009. Aetna initially approved Plaintiff's claim for benefits.

15. On or about August 22, 2013, Aetna terminated plaintiff's disability benefits. Plaintiff timely appealed the termination of her benefits to Aetna. On or about April 24, 2014, Aetna denied plaintiff's appeal, upholding its original decision to terminate benefits. Plaintiff has exhausted the appeal process under the Plan.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

4
COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF THE
EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974

16.  Defendants have breached the LTD Plan and violated ERISA in the following respects:

(a)  Failing to pay LTD benefit payments to Plaintiff at a time when Defendants knew, or should have known, that Plaintiff was entitled to those benefits under the terms of the LTD Plan, as Plaintiff was disabled and unable to perform the material and substantial duties of her occupation. Even though Defendants had such knowledge, Defendants denied Plaintiff's LTD benefits;

(b)  Failing to provide a prompt and reasonable explanation of the basis relied on under the terms of the LTD Plan documents, in relation to the applicable facts and LTD Plan provisions, for the denial of Plaintiff's claims for LTD benefits;

(c)  After Plaintiff's claim was denied in whole or in part, Defendants failed to adequately describe to Plaintiff any additional material or information necessary for Plaintiff to perfect her claim along with an explanation of why such material is or was necessary; and

(d)  Failing to properly and adequately investigate the merits of Plaintiff's disability claim and failing to provide a full and fair review of Plaintiff's claim.

17.  Plaintiff is informed and believes and thereon alleges that Defendants wrongfully denied her disability benefits under the LTD Plan by other acts or omissions of which Plaintiff is presently unaware, but which may be discovered in this future litigation and which Plaintiff will immediately make Defendants aware of once said acts or omissions are discovered by Plaintiff.

18.  Following the denial of benefits under the LTD Plan, Plaintiff exhausted all administrative remedies required under ERISA, and Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under the LTD Plan.

COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF THE
EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

19. As a proximate result of the aforementioned wrongful conduct of Defendants, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial. Plaintiff is further informed and believes that she has sustained additional damage in the form of eligibility for other employee benefits as a result of Defendants' wrongful and arbitrary conduct.

20. As a further direct and proximate result of this improper determination regarding Plaintiff's LTD claim, Plaintiff, in pursuing this action, has been required to incur attorneys' costs and fees. Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendants.

21. The wrongful conduct of Defendants has created uncertainty where none should exist. Therefore, Plaintiff is entitled to enforce her rights under the terms of the LTD Plan and to clarify her right to future benefits under the terms of the LTD Plan.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1. Payment of disability benefits due Plaintiff up to and including the date of Judgment;

2. An order declaring that Plaintiff is entitled to immediate payment of all past due benefits, reinstatement to the LTD Plan, with all ancillary benefits to which she is entitled by virtue of her disability, and that benefits are to continue to be paid under the LTD Plan for so long as Plaintiff remains disabled under the terms of the LTD Plan;

3. In the alternative to the relief sought in paragraphs 1 and 2, an order remanding Plaintiff's claim to the claims administrator to the extent any new facts or submissions are to be considered;

4. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

5. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

6. Such other and further relief as this Court deems just and proper.

DATED: July 11, 2014                    KANTOR & KANTOR, LLP


By:  /s/ Corinne Chandler
    Corinne Chandler
    Attorneys for plaintiff
    Deanna Frias

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

7
COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF THE
EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974