UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA FRIAS,<br><br>      Plaintiff,<br><br>      v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>      Defendants. | Case No. 14-cv-03146-TEH<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

On October 6, 2014, Defendants Aetna Life Insurance Company and TriNet Employee Benefit Insurance Plan requested (Docket No. 28) the Court to take judicial notice of two facts:

1. The distance between the law office of Kantor & Kantor LLP, located at 19839 Nordhoff Street, Northridge, California 91324 and the District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California 94102 is approximately 369 miles. The distance between the law office of Kantor & Kantor LLP, located at the same address as above, and the District Court for the District of Arizona located at 401 W. Washington St., Phoenix, Arizona 85003 is approximately 402 miles.

2. United States Courts, Table C-1, U.S. District Courts - Civil Cases Commenced, Terminated, and Pending, During the 12-month Period Ending September 30, 2013, indicates that the Northern District of California had 5,553 cases pending as of September 30, 2013, and the District of Arizona had 3,078 cases pending as of September 30, 2013.

Federal Rule of Evidence 201 provides the standard for judicial notice of adjudicative facts. According to this Rule, a court may judicially notice "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The scope of noticeable facts includes "court filings and other matters of public record." *Reyn's Pasta Bella, LLC*

*v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). "Moreover, a court may take judicial notice of records and reports of administrative bodies." *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (internal quotation marks omitted). Judicial notice may be taken at any stage of the proceeding. Fed. R. Evid. 201(d).

The facts that Defendants request the Court to judicially notice are beyond dispute because they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. The first fact, addressing the distance between Kantor & Kantor LLP's Northridge office and the District Courthouses of the Northern District of California and the District of Arizona, can be verified through reference to any map. The second fact, addressing the pending caseloads of the Northern District of California and the District of Arizona, can be verified through reference to the Statistical Tables of the United States Courts, provided on the United States Courts' website and attached to Defendants' motion. Both sources meet the requirements of Federal Rule of Evidence 201.

Accordingly, the Court hereby GRANTS Defendants' request that the Court take judicial notice of the aforementioned facts.

**IT IS SO ORDERED.**

Dated:   10/14/14                                   _____
                                                    THELTON E. HENDERSON
                                                    United States District Judge