IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deanna Frias,<br><br>                    Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company, et al.,<br><br>                    Defendants. | No. CV-14-02347-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal of Action with Prejudice, (Doc. 53), and good cause appearing,

**IT IS ORDERED** granting the parties' Stipulation and dismissing this case with prejudice.

**IT IS FURTHER ORDERED** each party shall bear its own fees and costs.

Dated this 9th day of June, 2015.

Douglas L. Rayes
United States District Judge